J. FIELD KENNARD, Respondent, *v.* FREDERICK W. RITTER, as Executor of MAXWELL H. ELLIOTT, Deceased, et al., Appellants, Impleaded with Another.

Submitted January 18, 1937; decided January 26, 1937.

*Frederick W. Ritter* for motion.

*George Dines* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.